IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SUSAN BOLES | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 6:13cv963-JDL |
| VS. | § | |
| | § | |
| STORAGE MAX-TYLER LIMITED | § | |
| PARTNERSHIP d/b/a TYLER | § | |
| STORAGE MAX, LTD. | § | |
| Defendant. | § | |

## MOTION TO DISMISS WITH PREJUDICE

COMES NOW Plaintiff, SUSAN BOLES, in the above entitled and numbered action, and would show to the Court that she no longer desires to prosecute any claims against STORAGE MAX-TYLER LIMITED PARTNERSHIP d/b/a TYLER STORAGE MAX, LTD., Defendant herein, for the reason that all matters in controversy have been amicably compromised and settled between the parties. Plaintiff hereby respectfully moves that the case be dismissed with prejudice, as to Defendant, STORAGE MAX-TYLER LIMITED PARTNERSHIP d/b/a TYLER STORAGE MAX, LTD. Further, Plaintiff moves that all taxable costs of court shall be taxed against the parties incurring same.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that this Honorable Court enter an Order dismissing with prejudice this lawsuit against Defendant, STORAGE MAX-TYLER LIMITED PARTNERSHIP d/b/a TYLER STORAGE MAX, LTD., and ordering that all taxable costs of court shall be taxed against the parties incurring the same.

                                                                  Respectfully submitted,

                                                                  */s/Rosemary Sage Jones*
                                                                  ROSEMARY SAGE JONES
                                                                  State Bar Card No. 17519275
                                                                  rosemary@rameyflock.com
                                                                  RAMEY & FLOCK, P.C.
                                                                  100 E. Ferguson, Suite 500
                                                                  Tyler, Texas 75702
                                                                  (903) 597-3301
                                                                  (903) 597-2413 (Fax)

                                                                  ATTORNEY FOR PLAINTIFF
                                                                  SUSAN BOLES

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who is deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(e), Plaintiff and all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via email, facsimile, and/or U.S. First Class Mail this 3rd day of February, 2014.

                                                                 */s/Rosemary Sage Jones*
                                                                 ROSEMARY SAGE JONES